# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| IN RE: | Case No. 15-54403 |
| HOWARD RICHARD LOVENSHIMER<br>AKA HOWARD R. LOVENSHIMER<br>SHARLENE ANN LOVENSHIMER<br>AKA SHARLENE A. LOVENSHIMER | Chapter 13 |
| Debtors | Judge John E. Hoffman, Jr. |

## NOTICE OF APPEARANCE

      Now comes David H. Yunghans, an attorney admitted to practice in the Southern District of Ohio at Columbus, and appears on behalf of Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates in the above captioned proceedings.

Submitted by:

/s/ David H. Yunghans
David H. Yunghans (0078839)
Attorney for Creditor
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com

## CERTIFICATE OF SERVICE

I certify that on the 31st day of August, 2015, a copy of Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-B, Asset Backed Pass-Through Certificates's Notice of Appearance was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**Via ECF Mail:**

Thomas C. Lonn, Debtor's Counsel
tclonnesq@rrohio.com

Faye D. English, Bankruptcy Trustee
notices@ch13columbus.com

U.S. Trustee
ustpregion09.cb.ecf@usdoj.gov

**Via Regular U.S. Mail, postage prepaid on:**

Howard Richard Lovenshimer
aka Howard R. Lovenshimer, Debtor
11021 Heffner Road
Kingston, OH 45644

Sharlene Ann Lovenshimer
aka Sharlene A. Lovenshimer, Debtor
11021 Heffner Road
Kingston, OH 45644

                                              /s/ David H. Yunghans
                                              David H. Yunghans, Esq.